DANIEL FORDE, (SBN 248461)
HOFFMAN & FORDE
3033 5TH AVENUE, SUITE 225
SAN DIEGO, CA 92103
619-546-7880
Attorney for: BRUCE WILLIAMS
Atty. File No.: 17CV02228 BEN BLM

UNITED STATES DISTRICT COURT
SOUTHERN

| | | |
|---|---|---|
| PLAINTIFF : BRUCE WILLIAMS | | Case No. : 17CV02228 BEN BLM |
| DEFENDANT : TRANS UNION LLC, ET AL. | | **PROOF OF SERVICE OF SUMMONS** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party Served  : EXPERIAN INFORMATION SOLUTIONS, INC.
                      C/O C T CORPORATION SYSTEMS
   b. Person Served : DAISY MONTENEGRO (PROCESS SPECIALIST)
                      (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served: 818 WEST SEVENTH STREET    SUITE 930
                                        LOS ANGELES, CA 90017   (Business)

5. I served the party
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on  November 27, 2017  (2) at: 08:45 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c.   on behalf of: EXPERIAN INFORMATION SOLUTIONS, INC.
                      C/O C T CORPORATION SYSTEMS
        under  [xx]  CCP 416.10  (corporation)

7. **Person who served papers**
   a. DANIEL MARIN
   b. KNOX ATTORNEY SERVICE
      2250 FOURTH AVENUE
      SAN DIEGO, CA 92101
   c. 619-233-9700

   d. Fee For Service : $ 99.75
   e. I am
      (3) a registered California process server
          (i)   an employee
          (ii)  Registration No.: 2014157066
          (iii) County: LOS ANGELES,

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date : November 27, 2017                    Signature: _____
                                                              DANIEL MARIN

Jud. Coun. form, rule 982.9                 **PROOF OF SERVICE**                Ref. No. : 1556167-01
JC Form POS 010 (Rev. July 1, 2004)