Daniel R. Forde (SBN: 248461)
**HOFFMAN & FORDE, ATTORNEYS AT LAW**
3033 Fifth Avenue, Suite 225
San Diego, CA 92103
Tel: (619) 546-7880
Fax: (619) 546-7881
dforde@hoffmanforde.com

Attorneys for Plaintiff,
Bruce Williams

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE WILLIAMS, an individual;<br><br>　　　　　Plaintiff,<br>v.<br><br>TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DISCOVER BANK,<br><br>　　　　　Defendants. | Case No.: 17-CV-02228-BEN-BLM<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Judge:　　Hon. Roger T. Benitez<br>Mag. Judge: Hon. Barbara Lynn Major<br>Date Filed:　November 1, 2017 |

//
//
//

TO THE HONORABLE MAGISTRATE JUDGE BARBARA LYNN MAJOR:

　　Plaintiff Bruce Williams ("Plaintiff") respectfully notifies the Court that Plaintiff and Defendant Experian Information Solutions, Inc. ("Defendant") have settled all claims between them in this matter and are in the process of completing the final settlement documents and filing the dismissal within the next thirty (30)

days.  Plaintiff respectfully requests that the Court retain jurisdiction for any matters related to completing and / or enforcing the settlement.

Dated:  January 4, 2018

Respectfully submitted,
**HOFFMAN & FORDE**

/s/ *Daniel R. Forde*
Daniel R. Forde, Esq.
3033 Fifth Avenue, Suite 225
San Diego, CA 92103
P:  (619) 546-7880
F:  (619) 546-7881

Attorneys for Plaintiff,
Bruce Williams

2
NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.